UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FIRST JACKSON CAPITAL & MANAGEMENT, LLC,
a Nevada limited liability company,
as successor in interest to
FIRST JACKSON INVESTMENTS, LLC,
a Delaware limited liability company,

    Plaintiff,

Case No. 09-80797-CIV-Zloch

v.

FALCONE GROUP, LLC, a Florida
limited liability company,
FALCON FUNDING, LLC, a Florida
limited liability company, and
ARTHUR J. FALCONE, individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

  Plaintiff, FIRST JACKSON CAPITAL & MANAGEMENT, LLC, a Nevada limited liability company, as successor in interest to FIRST JACKSON INVESTMENTS, LLC, ("First Jackson") and Defendants, FALCONE GROUP, LLC, a Florida limited liability company, FALCON FUNDING, LLC, a Florida limited liability company, and ARTHUR J. FALCONE (together, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal without prejudice of the above-styled cause.  Each party is to bear its own attorneys' fees and costs.

DATED:   April 27, 2010.                        DATED:   April 27, 2010.


/s/ Tracy M. White                              /s/ Roger J. Haughey, II
Tracy M. White, Esq.                            R.J. Haughey, II
(twhite@nasonyeager.com)                        *rhaughey@sbwlegal.com*
Florida Bar No.  30655                          Florida Bar No.  0123617
Nason, Yeager, Gerson, White & Lioce, P.A.      Sivyer Barlow & Watson, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200     401 E. Jackson Street, Suite 2225
West Palm Beach, Florida 33401                  Tampa, Florida  33602
Telephone:  813-221-4242                        Telephone:  813-221-4242
Attorneys for Defendants                        Attorneys for Plaintiff